JUNE 13, 1988

No. 87–1080. MARYLAND NATIONAL BANK *v.* MARYLAND STATE DEPARTMENT OF ASSESSMENTS AND TAXATION. Appeal

from Ct. App. Md. dismissed for want of substantial federal question. JUSTICE O'CONNOR took no part in the consideration or decision of this case.